Richard J. Foster, Esq., SBN 100710
LAW OFFICE OF RICHARD J. FOSTER
500 Pacific Coast Highway, Suite 210-A
Seal Beach, CA 90740
(562) 598-9200

Attorneys for Plaintiff,
MARK SPITZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SPITZ, an individual, | Case No. CV 16-9573-GW(GJSx) |
| Plaintiff, | [Removed from Superior Court of California, County of Los Angeles, Case No. SC126663] |
| vs. | |
| OMEGA SA, a Swiss corporation; THE SWATCH GROUP (U.S.) INC., a Delaware corporation; and DOES 1-25, inclusive, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Defendants. | |

## ORDER

IT IS HEREBY ORDERED THAT:

This case is dismissed in its entirety, with prejudice. All future hearings are taken off calendar.

Dated: September 13, 2017    _____
                              GEORGE H. WU, U.S. District Judge

1
POS RE: STIP AND ORDER RE: DISMISSAL